In the Matter of the Probate of the Will of CAROLINE STERN, Deceased.

S. SIDNEY STERN, Appellant; NEW YORK TRUST COMPANY et al., Respondents.

(Argued January 26, 1933; decided March 7, 1933.)

*Frank H. Hiscock* and *Benjamin Weiss* for appellant.

*Nathan L. Miller* and *Max L. Schallek* for respondents.

*John A. Bell, Jr.*, as special guardian for Alan Stern et al., infants.

Order affirmed, with costs, on the authority of *Matter of Nicholas* (216 App. Div. 399; affd., without opinion, 244 N. Y. 531). No opinion.

Concur: CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: POUND, Ch. J., HUBBS and CROUCH, JJ.